[No. 22145-8-III.   Division Three.   September 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD L. COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for Columbia County, No. 03-1-00002-2, William D. Acey, J., entered May 22, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.

[No. 22212-8-III.   Division Three.   September 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CARMEN DAVILLA, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 03-1-00134-9, Donald W. Schacht, J., entered June 30, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.

[No. 22263-2-III.   Division Three.   September 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANT CHARLIE McIVER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00737-5, Jerome J. Leveque, J., entered July 25, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 22281-1-III.   Division Three.   September 16, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. STEFAN DARRELL OWEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00944-1, Jerome J. Leveque, J., entered August 1, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.